IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

FRANK PAUL CAMPBELL                                                                                PETITIONER

VS.                              Case No. 3:21-cv-03064-MEF

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                    RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 23rd day of August 2022.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE